PETER WEBB

-V-

DATE: 6/14/2017
Time: 7:05 PM

United States Courts
District of Texas
FILED

JUN 16 2017

David J. Bradley, Clerk of Court

Harris Health Medical
and
Painie View A and M Police

on or about May of 2017, I (Peter Webb) Was slamed by Painie view A and M Police because I refused To follow his order To leave out of the Hospital at Ben-Tabue When I did have a I-V in My Arm, Which The officer That day did not have the right To order Me out To leave The Hospital basis on The fact That The Painie view officer Was out of his Jurisdtion because I (Peter Webb) Was not releaved by Then Doctor, doctor (Kahn) Who Was my Doctor at That date and Time of The Harris Health medical Ben-Tabe.

Harris Health is at fault for allowing me (Peter Webb) To be Illeglly force out of The Hospital by Then charge Nurse Ms. Green, nurse cathy, and nurse King. Also I Was order out of The Hospital by one of the Hot 4 Team doctors who claim That he Was my doctor name (Vanda) Which he is not a doctor. Also (Vanda) and 4 Hot Team had me drink 2 Jugs of Flush out Water To clean me out Within 2 days. They attemted To operation on me 3 different Times by stating they Would have To Put a Tub down in me To see what's in my stomch, But doctor Kahn did not order such operation, He (Doctor Kahn) stated To me (Peter Webb) That I lost a lot of Weight, which I Was 109 Pounds in The Month of April, 2017 and at This Time I (Peter Webb) only Weight is at 116 Pounds. Doctor Kahn stated only That I (Peter Webb) Was order by him To rest and Eat To gain Weight For a Few days and he only Was going To discharge me From The Hospital but charge nurse Ms. Green had me slamed by Painie view A and M Police at The beginning of May because I showed her (Ms. Green)

a invention Book I received from invent Help in my name (Peter Webb) And due To Pairie View A and M Police slaming me, he did damage my right shoulder blade. I do believe my right shoulder blade is broken. I (Peter Webb) due request The Federal court To order Harris Health To X-Ray and Fix my right shoulder blade and Pay me The sums of $15. Million dollars for Pain and suffering. I (Peter Webb) also ask The Federal court of Houston Texas To order Pairie view A and M medical school Within The Houston Texas Medical center Pay me The sums of $150 million dollars for Their Then officer being out of his Jurisdition at The Harris Health Ben-Tabe Hospital basis on That Fact That Harris Health do have Their own Police department Which Houston Police department do have a Post at Harris Health Ben-Tabi.

I (Peter Webb) Would also like all responces from The Federal court in Houston Texas sent To Me at my wife and nurse address ms. Sonya B. Roberson at 3333 Alabama st Apt 112E Houston Texas 77004.

sincerlly

mr. PETER WEBB

Peter Webb

Date: 6/14/2017

Time: 7:35 PM

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

Name: *Peter Webb*

SPN: *01160764*        Cell: *6 M1*

Street *701 San Jacinto North*

HOUSTON, TEXAS 77002

# aramark

# INDIGENT

... District Court

District of Texas

**FILED**

JUN 16 2017

David J. Bradley, Clerk of Court



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002   **$ 000.46**
02 4W
0000334684 JUN. 15. 2017.

*Federal court*
*515 Musk street*
*Houston TX 77002*

77002桂2600  C057